UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN WEESE,

      Plaintiff,                                    Case No. 1:08-CV-304

v.                                                    Hon. Richard Alan Enslen

WALGREEN'S,

      Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed May 23, 2008 by United States Magistrate Judge Ellen S. Carmody. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 23, 2008 (Dkt. No. 5), is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted.

Dated in Kalamazoo, MI:                              /s/Richard Alan Enslen
     June 26, 2008                                  Richard Alan Enslen
                                                Senior United States District Judge